Same case below, 408 Fed. Appx. 13.

Same case below, 417 Fed. Appx. 713.

**No. 11-5330. Timothy Eugene Mack, Petitioner v. L. E. Scribner, Warden, et al.**

565 U.S. 901, 132 S. Ct. 297, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5482.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5331. Donna Brown, Petitioner v. Cleveland Municipal School District, aka Cleveland Metropolitan School District, et al.**

565 U.S. 902, 132 S. Ct. 298, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5517, ▮▮▮▮▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5332. Troy Anthony Norvell, Petitioner v. California.**

565 U.S. 902, 132 S. Ct. 298, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5405.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 11-5333. Keshawn Morris, Petitioner v. United States.**

565 U.S. 902, 132 S. Ct. 298, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5398.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5334. Sergio Rodriguez, Petitioner v. California.**

565 U.S. 902, 132 S. Ct. 298, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5731.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 11-5335. Kushal K. Shah, aka Gerron Lindsey, Petitioner v. Delaware.**

565 U.S. 902, 132 S. Ct. 298, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5522.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 16 A.3d 938.

**No. 11-5336. Lavelle W. Searcy, Petitioner v. Officer Culhane, et al.**

565 U.S. 902, 132 S. Ct. 298, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5761.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5337. Christian Finze, Petitioner v. United States.**

565 U.S. 902, 132 S. Ct. 299, 181 L. Ed. 2d 181, 2011 U.S. LEXIS 5626.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 672.